# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127018(89)(91)


DIANE CAMERON and JAMES
CAMERON, Co-Guardians of the
Estate of Daniel Cameron,
       Plaintiffs-Appellants,

v

AUTO CLUB INSURANCE
ASSOCIATION,
       Defendant-Appellee.

_____

SC:   127018
CoA:  248315
Wayne CC:  02-000549-NF


     On order of the Chief Justice, motions by the Michigan Department of Community Health and the Michigan Trial Lawyers Association for leave to file briefs *amicus curiae* are considered and they are GRANTED.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2006

_____
Clerk